IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARR DOCKHORN,<br><br>          Plaintiff,<br><br>   vs.<br><br>TD BANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | **4:23CV3012**<br><br>**ORDER** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's notice, (Filing No. 16), Defendant TD Bank, N.A. is dismissed without prejudice, all parties to pay their own costs and attorney fees.

Dated this 15th day of May, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge